**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 229 EAL 2014
                                    :

                Respondent      :

                                      : Petition for Allowance of Appeal from the
                                      : Order of the Superior Court
                v.                      :
                                      :
                                      :

WILKINS ACEVEDO TORRES,        :
                                      :

                Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.